```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA
                                              06 Crim. 106(DFE)
            - against -                       MEMORANDUM AND ORDER

PEDRO MARTINEZ,
                    Defendant.
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 6/6/06

DOUGLAS F. EATON, United States Magistrate Judge.

The two-year probation period will include the following special conditions:

   1. The defendant will participate in any testing or treatment for drugs or alcohol as directed by the United States Probation Office. If the Probation Office directs a drug treatment program, I authorize the release of available drug treatment evaluations and reports to the substance abuse treatment provider, and the defendant will be required to contribute to the costs of services rendered (co-payment), in an amount determined by the Probation Officer, based on ability to pay or availability of third-party payment.

   2. I respectfully direct the Probation Office not to inform the defendant's current employer about the 11/10/05 incident or this conviction. However, the defendant must notify the Probation Office immediately if he leaves his current employment. If the Probation Office learns this (from any source), it may then ask the employer to explain the circumstances. If this uncovers evidence of any crime, it may lead to imprisonment for violation of probation.

   3. If the Probation Office objects to the first sentence of Special Condition #2, then it may so advise me in writing and, in that event, I will convert the remainder of the probation period to unsupervised probation.

-1-

The formal written sentence will be issued after my regular Courtroom Deputy returns from vacation.

_____
DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated:   New York, New York
         June 2, 2006

Copies of this Memorandum and Order will be sent to:

Steve C. Lee, Esq.
Assistant U.S. Attorney
(also by fax to 212-637-2527)

Jeremy Schneider, Esq.
Rothman Schneider Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, NY 10013
(also by fax to 212-571-5507)

Sandra Campbell
U.S. Probation Officer
(also by fax to 212-805-0047)